No. 458. CARPENTER *v.* ROHM & HAAS CO., INC. C. A. 3d Cir. Certiorari denied. Petitioner *pro se.* *James R. Morford* for respondent.

No. 459. CARPENTER *v.* ERIE RAILROAD CO. C. A. 2d Cir. Certiorari denied. Petitioner *pro se.* *Edward J. McGratty, Jr.* for respondent.

No. 460. CLEARY *v.* CHICAGO TITLE & TRUST CO. Supreme Court of Illinois. Certiorari denied. *Walter F. Dodd* and *John A. Brown* for petitioner. *Joseph B. Fleming* and *Harold L. Reeve* for respondent.

No. 462. GIERENS ET AL. *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Everett Jennings* for petitioners.

No. 463. WABASH RAILROAD CO. *v.* DUNCAN, U. S. DISTRICT JUDGE. C. A. 8th Cir. Certiorari denied. *Joseph A. McClain, Jr.* and *Sam B. Sebree* for petitioner. *William A. Franken* for respondent.

No. 466. STEVENSON *v.* JOHNSON ET AL. C. A. 5th Cir. Certiorari denied. *Dan Moody* for petitioner. *John H. Crooker, John D. Cofer, James V. Allred, Thurman Arnold, Abe Fortas, Alvin J. Wirtz* and *Everett L. Looney* for respondents.

No. 469. JACKSON *v.* LAMBERT. C. A. 7th Cir. Certiorari denied. *Guy Rogers* for petitioner. *Edmund F. Ortmeyer* for respondent.

No. 470. HENSLEY ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Fred A. Ironside, Jr.* for

petitioners. *Solicitor General Perlman, John R. Benney* and *Robert S. Erdahl* for the United States. ▮▮▮▮

No. 489. HARRIS ET AL., DOING BUSINESS AS H-C PRODUCTS CO., *v.* NATIONAL MACHINE WORKS, INC. ET AL. C. A. 10th Cir. Certiorari denied. *John H. Bruninga, Charles M. McKnight* and *Richard G. Radue* for petitioners. *D. I. Johnston* and *Robert F. Davis* for respondents.

No. 456. PATTERSON *v.* GRAY. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 183, Misc. EXKANO *v.* HIATT, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 196, Misc. ADAMS *v.* HIATT, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 205, Misc. HAWTHORNE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 211, Misc. CUCKOVICH ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 280, Misc. SPICHER *v.* RAGEN, WARDEN. Circuit Court of Knox County, Illinois. Certiorari denied.

No. 281, Misc. JORDAN *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 288, Misc. BURNS *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.